JUDGE RAKOFF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES OF AMERICA          :

          - v. -                  :          INDICTMENT

BENJAMIN COFFIELD,                :          07 Cr. _____
  a/k/a "Slim,"
                                  :     **07 CRIM 977**
          Defendant.

                                  :

- - - - - - - - - - - - - - - x


## COUNT ONE

(Bank Robbery)

The Grand Jury charges:

1.   On or about June 26, 2007, in the Southern District
of New York, BENJAMIN COFFIELD, a/k/a "Slim," the defendant,
unlawfully, willfully, and knowingly, by force and violence, and by
intimidation, did take, and attempt to take, from the person and
presence of another, property and money and other things of value
belonging to, and in the care, custody, control, management and
possession of, a bank, the deposits of which were then insured by
the Federal Deposit Insurance Corporation, to wit, COFFIELD robbed
approximately $4,000 from the Chase Bank located at 201 East 79th
Street in Manhattan by presenting a Chase Bank employee with a note
that demanded the employee to turn over to COFFIELD money in the
bank's custody.

(Title 18, United States Code, Section 2113(a).)

COUNT TWO

(Bank Robbery)

The Grand Jury further charges:

2.    On or about August 1, 2007, in the Southern District of New York, BENJAMIN COFFIELD, a/k/a "Slim," the defendant, unlawfully, willfully, and knowingly, by force and violence, and by intimidation, did take, and attempt to take, from the person and presence of another, property and money and other things of value belonging to, and in the care, custody, control, management and possession of, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, to wit, COFFIELD robbed approximately $2,065 from the Sovereign Bank located at 2702 Broadway in Manhattan by presenting a Sovereign Bank employee with a note that demanded the employee to turn over to COFFIELD money in the bank's custody.

(Title 18, United States Code, Section 2113(a).)

COUNT THREE

(Bank Robbery)

The Grand Jury further charges:

3.    On or about August 8, 2007, in the Southern District of New York, BENJAMIN COFFIELD, a/k/a "Slim," the defendant, unlawfully, willfully, and knowingly, by force and violence, and by intimidation, did take, and attempt to take,

from the person and presence of another, property and money and
other things of value belonging to, and in the care, custody,
control, management and possession of, a bank, the deposits of
which were then insured by the Federal Deposit Insurance
Corporation, to wit, COFFIELD robbed approximately $2,520 from
the Chase Bank located at 1180 Second Avenue in Manhattan by
presenting a Chase Bank employee with a note that demanded the
employee to turn over to COFFIELD money in the bank's custody.

(Title 18, United States Code, Section 2113(a).)

COUNT FOUR

(Bank Robbery)

The Grand Jury further charges:

4.    On or about August 29, 2007, in the Southern
District of New York, BENJAMIN COFFIELD, a/k/a "Slim," the
defendant, unlawfully, willfully, and knowingly, by force and
violence, and by intimidation, did take, and attempt to take,
from the person and presence of another, property and money and
other things of value belonging to, and in the care, custody,
control, management and possession of, a bank, the deposits of
which were then insured by the Federal Deposit Insurance
Corporation, to wit, COFFIELD attempted to rob money from the
Chase Bank located at 59 West 86th Street in Manhattan by

3

presenting a Chase Bank employee with a note that demanded the employee to turn over to COFFIELD money in the bank's custody.

(Title 18, United States Code, Section 2113(a).)

COUNT FIVE

(Bank Robbery)

The Grand Jury further charges:

5.    On or about September 27, 2007, in the Southern District of New York, BENJAMIN COFFIELD, a/k/a "Slim," the defendant, unlawfully, willfully, and knowingly, by force and violence, and by intimidation, did take, and attempt to take, from the person and presence of another, property and money and other things of value belonging to, and in the care, custody, control, management and possession of, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, to wit, BENJAMIN robbed approximately $7,747 from the Chase Bank located at 1180 Second Avenue in Manhattan by presenting a Chase Bank employee with a note that demanded the employee to turn over to COFFIELD money in the bank's custody.

(Title 18, United States Code, Section 2113(a).)


FOREPERSON (Deputy)

MICHAEL J. GARCIA
United States Attorney

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

BENJAMIN COFFIELD, a/k/a "Slim,"

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. § 2113(a))

_____    MICHAEL J. GARCIA
                                    United States Attorney.

A TRUE BILL

_____  10/22/07
        (Deputy)        Foreperson.