```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA        :       S1 07 Cr. 977 (JSR)

          v.                    :       WAIVER OF INDICTMENT

BENJAMIN COFFIELD,              :
  a/k/a "Slim",
                                :
          Defendant.
                                :
- - - - - - - - - - - - - - - X
```

The above-named defendant, who is accused of violating Title 18, United States Code, Section 2113(a), being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by Indictment and consents that the proceeding may be by Information instead of by Indictment.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 0 6 2008
```

_____
BENJAMIN COFFIELD
Defendant

_____
Witness

_____
GERALD DI CHIARA, ESQ.
Counsel for Defendant

Date: New York, New York
      February 6, 2008

0202