```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :     INFORMATION

           - v. -                :     S1 07 Cr. 977 (JSR)

BENJAMIN COFFIELD,               :
  a/k/a "Slim,"
                                 :
           Defendant.
                                 :
- - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 06 2008

COUNT ONE

(Bank Robbery)

The United States Attorney charges:

1. On or about June 26, 2007, in the Southern District of New York, BENJAMIN COFFIELD, a/k/a "Slim," the defendant, unlawfully, willfully, and knowingly, by force and violence, and by intimidation, did take, and attempt to take, from the person and presence of another, property and money and other things of value belonging to, and in the care, custody, control, management and possession of, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, to wit, COFFIELD robbed approximately $4,000 from the Chase Bank located at 201 East 79th Street in Manhattan by presenting a Chase Bank employee with a note that demanded the employee to turn over to COFFIELD money in the bank's custody.

(Title 18, United States Code, Section 2113(a).)

COUNT TWO

(Bank Robbery)

The United States Attorney further charges:

2. On or about August 1, 2007, in the Southern District of New York, BENJAMIN COFFIELD, a/k/a "Slim," the defendant, unlawfully, willfully, and knowingly, by force and violence, and by intimidation, did take, and attempt to take, from the person and presence of another, property and money and other things of value belonging to, and in the care, custody, control, management and possession of, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, to wit, COFFIELD robbed approximately $2,065 from the Sovereign Bank located at 2702 Broadway in Manhattan by presenting a Sovereign Bank employee with a note that demanded the employee to turn over to COFFIELD money in the bank's custody.

(Title 18, United States Code, Section 2113(a).)

COUNT THREE

(Bank Robbery)

The United States Attorney further charges:

3. On or about August 8, 2007, in the Southern District of New York, BENJAMIN COFFIELD, a/k/a "Slim," the defendant, unlawfully, willfully, and knowingly, by force and violence, and by intimidation, did take, and attempt to take,

from the person and presence of another, property and money and other things of value belonging to, and in the care, custody, control, management and possession of, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, to wit, COFFIELD robbed approximately $2,520 from the Chase Bank located at 1180 Second Avenue in Manhattan by presenting a Chase Bank employee with a note that demanded the employee to turn over to COFFIELD money in the bank's custody.

(Title 18, United States Code, Section 2113(a).)

COUNT FOUR

(Bank Robbery)

The United States Attorney further charges:

4.  On or about August 29, 2007, in the Southern District of New York, BENJAMIN COFFIELD, a/k/a "Slim," the defendant, unlawfully, willfully, and knowingly, by force and violence, and by intimidation, did take, and attempt to take, from the person and presence of another, property and money and other things of value belonging to, and in the care, custody, control, management and possession of, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, to wit, COFFIELD attempted to rob money from the Chase Bank located at 59 West 86th Street in Manhattan by

presenting a Chase Bank employee with a note that demanded the employee to turn over to COFFIELD money in the bank's custody.

(Title 18, United States Code, Section 2113(a).)

## COUNT FIVE

(Bank Robbery)

The United States Attorney further charges:

5.   On or about September 15, 2007, in the Southern District of New York, BENJAMIN COFFIELD, a/k/a "Slim," the defendant, unlawfully, willfully, and knowingly, by force and violence, and by intimidation, did take, and attempt to take, from the person and presence of another, property and money and other things of value belonging to, and in the care, custody, control, management and possession of, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, to wit, COFFIELD robbed approximately $1,198 from the Sovereign Bank located at 2702 Broadway in Manhattan by orally demanding that a Sovereign Bank employee turn over to COFFIELD money in the bank's custody and threatening violence.

(Title 18, United States Code, Section 2113(a).)

## COUNT SIX

(Bank Robbery)

The United States Attorney further charges:

6.   On or about September 27, 2007, in the Southern District of New York, BENJAMIN COFFIELD, a/k/a "Slim," the

4

defendant, unlawfully, willfully, and knowingly, by force and violence, and by intimidation, did take, and attempt to take, from the person and presence of another, property and money and other things of value belonging to, and in the care, custody, control, management and possession of, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, to wit, COFFIELD robbed approximately $7,747 from the Chase Bank located at 1180 Second Avenue in Manhattan by presenting a Chase Bank employee with a note that demanded the employee to turn over to COFFIELD money in the bank's custody.

(Title 18, United States Code, Section 2113(a).)

_____
MICHAEL J. GARCIA
United States Attorney

February 6, 2008         U.S.A. v. BENJAMIN COFFIELD         S1 07 Cr. 0977 (JSR)



**Waiver of Indictment and Information filed.**
Defendant present with atty Gerald DiChiara, Ausa Michael Maimin and Court reporter Sandy Miaskoff. The deft entered a plea of guilty of guilty to all six counts of Information. PSI ordered. Sentencing set for May 15th at 4:00 p.m. The deft continued detained.

**RAKOFF, J.**